UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO JOSEPH,<br><br>    Plaintiff,<br><br>   v.<br><br>S. TSENG, et al.,<br><br>    Defendants. | No.  2:14-cv-476 EFB P<br><br><br><br>ORDER |

Defendants Tseng, Smiley, and Horowitz removed this case on February 13, 2014, and request thirty days to respond to the complaint from the service of the screening order.  For good cause shown, defendants shall have thirty days to respond to the complaint from the service of the screening order.

So ordered.

DATED:  March 5, 2014.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE